**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Murphy, William G.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Murphy, Patricia A.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>**aka Patricia A. Coronado** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-2895** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-4221** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1323 West Cullerton Street**<br>**Chicago, IL 60608** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1323 West Cullerton Street**<br>**Chicago, IL 60608** |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address):<br>**Same** | Mailing Address of Joint Debtor (if different from street address):<br>**Same** |

Location of Principal Assets of Business Debtor (if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [■] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [■] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [■] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [■] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [■] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- [■] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| (Official Form 1) (9/01) | | FORM B1, Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Murphy, William G.**<br>**Murphy, Patricia A.** | |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **Northern District of Illinois** | Case Number:<br>**01 B 07497** | Date Filed:<br>**3/07/01** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **William G. Murphy**

X _____
Signature of Joint Debtor **Patricia A. Murphy**

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
**Monica C. O'Brien 6216626**
Printed Name of Attorney for Debtor(s)
**Gregory K. Stern, P.C.**
Firm Name
**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**
Address
**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)         Date
**Monica C. O'Brien 6216626**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Argent Health Care Services
3500 West Peterson, Suite 300
Chicago, IL 60659


AT&T
P.O. Box 8212
Aurora, IL 60572-8212


Cingular Wireless
P.O. Box 806055
Chicago, IL 60680-6055


Commercial Transport
P.O.Box 469
Belleville, IL 62222


Crescent Recovery LLC
P.O. Box 60099
New Orleans, LA 70160


Emergency Services Group
P.O. Box 73472
Chicago, IL 60673


Federal Assurance Corporation
930-2 Cass Street
P.O. Box 7028
New Castle, PA 16107


Ford Motor Credit
P.O. Box 6508
Mesa, AZ 85216-6508


Ford Motor Credit
P.O. Box 537901
Livonia, MI 48153-7901


Future Finance
5251 West 95th Street, Suite 204
Oak Lawn, IL 60453-2059


Humana Inc.
c/o OSI COllection Services, Inc.
P.O. Box 965
Brookfield, WI 53008-0965

Illinois Collection Service, Inc.
P.O. Box 646
Oak Lawn, IL 60454-0646


Internal Revenue Service
Mail Stop 5010 CHI
230 South Dearborn Street
Chicago, IL 60604


Law Office of Richard R. Della Croce
9447 West 144th Place, Suite 100
Orland Park, IL 60462


Max Madsen Ford
4400 South Archer Ave.
Chicago, IL 60632


Medical Recovery Specialists, Inc.
2350 East Devon Avenue, Suite 225
Des Plaines, IL 60018


Nationwide Acceptance Corp.
3435 North Cicero
Chicago, IL 60641


NCO Financial Systems Inc.
507 Prudential Road
Horsham, PA 19044


OSI Collection Services, Inc.
1375 East Woodfield Road
Schaumburg, IL 60173


Polk Bros. Inc.
c/o Arrow Service Bureau Inc.
2450 West Peterson
Chicago, IL 60659


Premier Auto Finance, LP
P.O. Box 7176
Chicago, IL 60680


Quality Carriers, Inc.
3802 Corporex Park Drive
Tampa, FL 33619

Rush Pres. St. Lukes Medical Ctr.
P.O. Box 73952
Chicago, IL 60673-7952


Rush Presbyterian St. Luke's Med. Cntr
75 Remittance Drive, Dept. 1611
Chicago, IL 60675-1611


Transworld Systems, Inc.
5880 Commerce Blvd.
Rohnert Park, CA 94928


UICMC Emergency Medicine Phys.
P.O. Box 2267
Chatsworth, CA 91313-2267


University of Illinois Med. Cntr.
1740 West Taylor Street
Chicago, IL 60612


Wireless Retail
3015 S. 48th Street, Suite 2-E
Tempe, AZ 85282