IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Murphy, William G | Case Number: 05 B 01183 |
|---|---|---|
|  | Murphy, Patricia A | Judge: Doyle, Carol A |
|  | Printed: 4/10/07 | Filed: 1/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: January 8, 2007
Confirmed: March 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,150.00 |  |
| Secured: |  | 6,823.26 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,894.00 |
| Trustee Fee: |  | 432.69 |
| Other Funds: |  | 0.05 |
| Totals: | 9,150.00 | 9,150.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gregory K Stern PC | Administrative | 1,894.00 | 1,894.00 |
| 2. | Crescent Recovery | Secured | 8,078.36 | 3,923.34 |
| 3. | Ford Motor Credit Corporation | Secured | 5,977.70 | 2,899.92 |
| 4. | Internal Revenue Service | Priority | 3,506.14 | 0.00 |
| 5. | Federal Assurance Corp | Unsecured | 1,940.95 | 0.00 |
| 6. | Nationwide Acceptance Corp | Unsecured | 134.49 | 0.00 |
| 7. | Crescent Bank & Trust | Unsecured | 1,648.68 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 553.43 | 0.00 |
| 9. | Future Finance | Unsecured | 333.97 | 0.00 |
| 10. | Humana Inc | Unsecured |  | No Claim Filed |
| 11. | Argent Care Inc | Unsecured |  | No Claim Filed |
| 12. | AT&T | Unsecured |  | No Claim Filed |
| 13. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 14. | Commercial Transport | Unsecured |  | No Claim Filed |
| 15. | Emergency Service | Unsecured |  | No Claim Filed |
| 16. | MaxMadsen Auto Group | Unsecured |  | No Claim Filed |
| 17. | University Of Illinois Hospital | Unsecured |  | No Claim Filed |
| 18. | Polk Brothers | Unsecured |  | No Claim Filed |
| 19. | Quality Carriers | Unsecured |  | No Claim Filed |
| 20. | Rush Presbyterian St Luke's Hospital | Unsecured |  | No Claim Filed |
| 21. | Rush Presbyterian St Luke's Hospital | Unsecured |  | No Claim Filed |
| 22. | University Of Illinois Hospital | Unsecured |  | No Claim Filed |
| 23. | Wireless | Unsecured |  | No Claim Filed |
| 24. | Rush Presbyterian St Luke's Hospital | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Murphy, William G  
Murphy, Patricia A  
Printed: 4/10/07

Case Number: 05 B 01183  
Judge: Doyle, Carol A  
Filed: 1/14/05

$ 24,067.72     $ 8,717.26

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 67.00 |
| 3% | 34.50 |
| 5.5% | 189.74 |
| 5% | 86.25 |
| 4.8% | 55.20 |

$ 432.69

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_